IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MANUEL A. GARCIA § | |
| § | |
| Vs. § | |
| § | |
| UNITED PROPERTY & CASUALTY § | CIVIL ACTION NO. 2:18-cv-297 |
| INSURANCE COMPANY § | |

# NOTICE OF REMOVAL

United Property & Casualty Insurance Company ("UPC") presents this Notice of Removal of the suit styled *Manuel A. Garcia vs. United Property & Casualty Insurance Company*, bearing cause no. S-18-5828CV-C, and pending in the 343rd Judicial District Court of San Patricio County, Texas, where the suit was instituted (the "State Court Suit"), to this United States District Court for the Southern District of Texas, Corpus Christi Division. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Removal is therefore proper based on diversity jurisdiction under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. Expressly reserving all questions other than that of removal, UPC respectfully shows as follows:

## I. PARTIES

1.1   Plaintiff is Manuel A. Garcia, a resident and citizen of Texas.

1.2   UPC was, at the time this action was commenced, and still is, a Florida corporation organized and incorporated under the laws of Florida with its principal place of business in Florida. UPC is and was a citizen of Florida. UPC is not and was not a citizen of Texas. UPC has obtained a certificate of authority under Chapter 982 of the Texas Insurance Code, titled Foreign and Alien Insurance Companies.

63025:20364930

1.3   Because Plaintiff is and was a citizen of Texas and UPC is and was a citizen of Florida, and not Texas, complete diversity of citizenship exists among the parties.

## II. FACTUAL AND PROCEDURAL BACKGROUND

2.1   On August 28, 2018, Plaintiff filed the State Court Suit against UPC in the 343rd Judicial District Court in San Patricio County, Texas.

2.2   Plaintiff served UPC with a copy of the Original Petition on or around September 4, 2018.

2.3   UPC files this notice of removal within 30 days of receiving Plaintiff's initial pleading and within one year of the commencement of this action.

2.4   UPC will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

2.5   UPC attaches as Exhibit A an index of matters filed, including a copy of all process, pleadings, orders from the State Court Suit, and a list of all counsel of record.

## III. BASIS FOR REMOVAL

3.1   Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a), 1441(a) and 1446. Plaintiff is an individual resident and citizen of the State of Texas. UPC is a Florida corporation organized and incorporated under Florida law that maintains its principal place of business in Florida. UPC is a citizen of Florida and not a citizen of Texas.

3.2   The amount-in-controversy requirement is satisfied because this is a civil action wherein the amount in controversy exceeds $75,000 excluding interest and costs; Plaintiff alleges that UPC is liable under an insurance policy issued by UPC and states that "Plaintiff currently seeks monetary relief over $100,000…." *Plaintiff's Original Petition*, at p. 2, attached as Exhibit A-2. *See* 28 U.S.C. 1332(a).

3.3     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district. *Id.*

3.4     UPC will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## IV. CONCLUSION AND PRAYER

4.1     This is a civil action brought in a state court and this Court has original jurisdiction over the subject matter under 28 U.S.C. §1332.  Removal of this case is proper under 28 U.S.C. §1441 and in conformance with 28 U.S.C. §1446.  For these reasons, UPC removed this case and prays that this Court enter such orders and grant such relief as may be necessary to secure such removal.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

By: */s/ Christopher H. Hall*
    Christopher H. Hall (lead attorney)
    State Bar No. 00793881
    Fed. Id. No. 19536
    christopher.hall@roystonlaw.com
    Frost Bank Plaza
    802 N. Carancahua, Ste. 1300
    Corpus Christi, Texas 78401
    Tel: (361) 884-8808
    Fax: (361) 884-7261

-and-

Philip C. Snyder
State Bar No. 24060630
Fed. Id. No.: 891723
serviceSA@roystonlaw.com
Fountainhead Tower
8200 I. H. West, Ste. 320
San Antonio, Texas 78230
Tel: (210) 524-9696
Fax: (210) 524-9811

**ATTORNEYS FOR DEFENDANT,**
**UNITED PROPERTY & CASUALTY**
**INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following on this the 21st day of September, 2018 via the indicated means.

*<u>Via ECF</u>*
James Willis
Richard D. Daly
**DALY & BLACK, P.C.**
2211 Norfolk St., Ste. 800
Houston, Texas 77098
*Counsel for Plaintiff*

            */s/ Christopher H. Hall*
            **ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**