United States District Court
Southern District of Texas
**ENTERED**
October 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MANUEL A GARCIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-297 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On October 8, 2019, the Court dismissed the above-captioned case with prejudice. Accordingly, the Court **DIRECTS** the Clerk to enter final judgment and close the case.

SIGNED this 8th day of October, 2019.

_____
Hilda Tagle
Senior United States District Judge